IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DANIEL DRAKE,[1] | § | |
| | § | No. 352, 2015 |
| Petitioner Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Family Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Kent County |
| | § | File No. 0605019417 |
| Respondent Below- | § | Pet. No. 15-08153 |
| Appellee. | § | |

Submitted: December 18, 2015
Decided: December 21, 2015

## **O R D E R**

This 21st day of December 2015, it appears to the Court that the State has filed a motion to remand this matter to the Family Court to allow the Family Court to reconsider the appellant's motion for expungement of a 2006 criminal charge, which was later dismissed. The State asserts that the Family Court should be permitted to reconsider the appellant's petition in light of the Superior Court's subsequent decision granting expungement of other criminal offenses from the appellant's record. The appellant consents to the remand. Under the circumstances, the Court finds that the matter should be remanded to the Family Court, in the interests of justice.

---

[1] The Court previously assigned a pseudonym to the appellant under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED that the unopposed motion to remand is GRANTED. This matter is hereby REMANDED to the Family Court for further proceedings consistent with this Order. Jurisdiction is not retained.

BY THE COURT:


_/s/ Collins J. Seitz, Jr._
Justice